CAVANAGH, J.
(dissenting). I respectfully dissent. While the majority sees fit to dispose of this case by an opinion per curiam after a perfunctory fifteen minutes of oral argument on the application, I believe that defendant’s application for leave should be granted and this case should be decided only after full briefing and argument. The Court of Appeals opinion in this case is published. Further, the issue presented is jurispruden-tially significant and is more closely drawn than the majority would have the reader believe.
I am unclear whether the result reached by the majority is correct. Additionally, I am troubled by the *282 majority’s quick resort to the dictionary, without any consideration of the purpose or principles underlying Michigan’s Civil Rights Act and without any examination of the federal cases that have considered this issue. Therefore, I must respectfully dissent because this Court, and the parties, would be better served by granting defendant’s application for leave.
KELLY, J., concurred with CAVANAGH, J.